### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES R. BOWLDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-23-210-R |
| | ) |
| CARRIE BRIDGES, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus and sought leave to proceed *in forma pauperis*. (Doc. Nos. 1 and 2). Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On March 7, 2023, Judge Purcell issued a Report and Recommendation wherein he recommended that Petitioner be required to pay the full filing fee, and further, that if Petitioner did not tender the fee prior to March 27, 2023, that the action be dismissed without prejudice. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Additionally, he has not tendered payment of the $5.00 filing fee. Accordingly, the Court hereby adopts the Report and Recommendation, denies Petitioner's request for leave to proceed *in forma pauperis* and dismisses this action without prejudice.

**IT IS SO ORDERED** this 7th day of April 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE